**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.N. LBR 9004-1(b)

Kevin G. McDonald, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
Attorneys for U.S. Bank National Association, as Trustee,
relating to Home Equity Mortgage Trust Series 2007-2, Home
Equity Mortgage Pass-Through Certificates, Series 2007-2

Case No: <u>19-22136 MBK</u>

Chapter: <u>13</u>

Judge: Michael B. Kaplan

In Re:

Guillermo J. Romero

                      Debtor

## NOTICE OF APPEARANCE

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as Trustee, relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series 2007-2. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:07/15/2019                          **/s/ Kevin G. McDonald, Esquire**
                                         Kevin G. McDonald, Esquire
                                         **KML Law Group, P.C.**
                                         216 Haddon Avenue, Ste. 406
                                         Westmont, NJ 08108
                                         (609) 250-0700 (NJ)
                                         (215) 627-1322 (PA)
                                         FAX: (609) 385-2214
                                         Attorney for Movant/Applicant

*new 8/1/15*