Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–22136–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Guillermo J Romero
79 Washington Ave.
Carteret, NJ 07008–

Social Security No.:
xxx–xx–5580

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 16, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Guillermo J Romero
     Debtor

Case No. 19-22136-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2019
                        Form ID: 148     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
```
db           +Guillermo J Romero,    79 Washington Ave.,    Carteret, NJ 07008-2624
518308494    +Carteret Medical Enterprises,    POB 428,    Carteret, NJ 07008-0428
518308495    +Chase Bank,    PO Box 182613,    Columbus, OH 43218-2613
518308496    +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street #460,    West Orange, NJ 07052-5414
518308498    +Rahway Emergency Medical Assoc.,    POB 5294,    Parsippany, NJ 07054-6294
518308499    +Robert Wood Johnson University Hospital,    POB 21362,    New York, NY 10087-1362
518308501    +Specialized Loan Servicing,    8742 Lucent Boulevard,    Littleton, CO 80129-2386
518308502    +Surabhi Sachan Prasad,    181 Westfield Ave.,    Clark, NJ 07066-1565
518410076    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2019 01:00:47     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2019 01:00:44      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518308497    +EDI: IIC9.COM Aug 17 2019 04:13:00      IC System,    c/o Robert Wood Johnson University Hosp,
               POB 64437,    Saint Paul, MN 55164-0437
518308500    +E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2019 01:01:54
               Select Portfolio Servicing,    POB 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET AL...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate
               Mortgage-Backed Pass-Through Certificates, Series 2007-1 DMcDonough@flwlaw.com
              Franklin S. Montero    on behalf of Debtor Guillermo J Romero montero@fmonterolaw.com,
               outsourcedparalegal@gmail.com,diaz.L@FMonterolaw.com,Kelly@totalbankruptcysolution.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET
               AL... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```