**Law Offices of Franklin S. Montero, LLC**
245 Lexington Avenue
Passaic, New Jersey 07055
Tel: 973-777-8718
Fax: 973-777-1710
Email: montero@fmonterolaw.com
Web: fsmonterolaw.com

Franklin S. Montero (Attorney ID 004252011)
　*Counsel for debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>GUILLERMO J ROMERO<br><br><br>Debtor. | Chapter 13<br><br>Case No. **Case No.: 19-22316**<br><br>Honorable Michael B. Kaplan<br><br>Hearing Date Scheduled: 11/5/19 |

**DEBTORS RESPONSE TO TRUSTEE OBJECTION**

　Debtors Counsel response to Creditors Objection to Confirm Plan by Franklin S. Montero.

1) Trustee on 10/04/19 files Objection to Debtors request to vacate dismissal.
2) Trustee Objected to various requests that need completed.
3) Since the filed Objection, Counsel has made necessary changes as requested and provided all
   Requested documentation needed.
4) Debtor has been making Chapter 13 payments to the Trustee and is current.
5) Debtor is applying for Loss Mitigation in this case and motion has been filed.
6) Debtor is making adequate protection payments directly to the lender during the process of the Loss Mitigation.
7) Should the Debtor not qualify for the Loss Mitigation, at such time the Debtor will either file amended schedules and plan accordingly or list the home for sale.

WHEREFORE, response is filed to oppose the Trustee Objection to Chapter 13 Plan Confirmation in the case and for all due and proper relief in the premises.

| | |
|---|---|
| Date **November 4, 2019** | Signature **/s/ Franklin S. Montero** |
| | Name **Franklin S. Montero** |
| | Address **Law Offices of Franklin S. Montero, LLC** |
| | **245 Lexington Avenue** |
| | **Passaic, New Jersey 07055** |
| | **973-777-8718** |