Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–22136–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Guillermo J Romero
  79 Washington Ave.
  Carteret, NJ 07008–

Social Security No.:
  xxx–xx–5580

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on June 18, 2019 and a confirmation hearing on such Plan has been scheduled for November 5, 2019.

The debtor filed a Modified Plan on November 4, 2019 and a confirmation hearing on the Modified Plan is scheduled for Dec. 11, 2019 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 6, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-22136-MBK
Guillermo J Romero                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Nov 06, 2019
                                Form ID: 186             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db            +Guillermo J Romero,    79 Washington Ave.,    Carteret, NJ 07008-2624
518308494     +Carteret Medical Enterprises,    POB 428,    Carteret, NJ 07008-0428
518308495     +Chase Bank,   PO Box 182613,    Columbus, OH 43218-2613
518308496     +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street #460,    West Orange, NJ 07052-5414
518308497     +IC System,   c/o Robert Wood Johnson University Hosp,    POB 64437,    Saint Paul, MN 55164-0437
518308498     +Rahway Emergency Medical Assoc.,    POB 5294,   Parsippany, NJ 07054-6294
518308499     +Robert Wood Johnson University Hospital,    POB 21362,    New York, NY 10087-1362
518308501     +Specialized Loan Servicing,    8742 Lucent Boulevard,    Littleton, CO 80129-2386
518308502     +Surabhi Sachan Prasad,    181 Westfield Ave.,   Clark, NJ 07066-1565
518410076     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518417243     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:07:51       Directv, LLC,
                by American InfoSource as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518308500     +E-mail/Text: jennifer.chacon@spservicing.com Nov 06 2019 23:54:18
                Select Portfolio Servicing,   POB 65250,    Salt Lake City, UT 84165-0250
518429973      E-mail/Text: jennifer.chacon@spservicing.com Nov 06 2019 23:54:18
                U.S. Bank National Association, as trustee, on,    c/o Select Portfolio Servicing, Inc.,
                PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET AL...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate
               Mortgage-Backed Pass-Through Certificates, Series 2007-1 DMcDonough@flwlaw.com
              Franklin S. Montero    on behalf of Debtor Guillermo J Romero montero@fmonterolaw.com,
               outsourcedparalegal@gmail.com,diaz.L@FMonterolaw.com,Kelly@totalbankruptcysolution.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET
               AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```