UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Franklin S. Montero, Esq.
Law Offices of Franklin S. Montero, LLC
245 Lexington Avenue
Passaic, New Jersey 07055
Tel: 973-777-8718
Fax: 973-777-1710
Email: montero@fmonterolaw.com

In Re:

Guillermo J Romero

Case No.: 19-22136

Chapter: 13

Judge: Michael B. Kaplan

## WITHDRAW DOCUMENT
### #34  Motion for Approval of Loss Mitigation

Counsel withdraws motion.

/s/ Franklin S. Montero
Franklin S. Montero

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing Objection was served this date via either U.S. Mail, postage paid, or ELECTRONICALLY on the Office of the U.S. Trustee; Chapter 13 Trustee; (either electronically on this creditor or by U.S. mail, postage prepaid).

/s/ Franklin S. Montero
Franklin S. Montero