| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-22136 / MBK**

Guillermo J Romero

Petition Filed Date: 06/18/2019
341 Hearing Date: 07/18/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/2019 | $3,150.00 | 59808170 | 08/02/2019 | $3,150.00 | 60621900 | 09/09/2019 | $1,000.00 | 25870172646 |
| 09/09/2019 | $1,000.00 | 25870172657 | 09/09/2019 | $1,000.00 | 25870172635 | 09/09/2019 | $150.00 | 25870172668 |
| 10/01/2019 | $3,150.00 | 62194150 | 10/01/2019 | ($3,150.00) | 62194150 | 10/01/2019 | $3,150.00 | 62194150 |
| 11/04/2019 | $3,150.00 | 62996210 | 12/03/2019 | $3,150.00 | 63724090 | | | |

**Total Receipts for the Period: $18,900.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Guillermo J Romero | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Franklin S. Montero | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |
| | | No Disbursements: No Check | | | |
| 1 | U.S. BANK NATIONAL ASSOCIATION<br>»»  P/79 WASHINGTON AVE/2ND MTG | Mortgage Arrears | $1,160.00 | $0.00 | $0.00 |
| 2 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $94.56 | $0.00 | $0.00 |
| 3 | US BANK NATIONAL ASSOCIATION<br>»»  P/79 WASHINGTON AVE/1ST MTG | Mortgage Arrears | $79,828.80 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-22136 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,700.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,400.00 |
| Paid to Trustee: | $1,165.50 | Arrearages: | $0.00 |
| Funds on Hand: | $20,534.50 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**