UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Franklin S. Montero, LLC
451 Clifton Avenue
Clifton, New Jersey 07011
Office: 973-777-8718

In re:

**Guillermo J Romero**

| | |
|---|---|
| Case No.: | **19-22136** |
| Chapter: | **13** |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | **Michael B. Kaplan** |

## CERTIFICATION OF SERVICE

1.  I, <u>**Franklin Montero**</u> :

    ☑ represent <u>**debtor**</u> in the this matter.

    ☐ am the secretary/paralegal for ___, who represents

    ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.  On 3/25/20_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:Notice of Withdraw of Document #44

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>**March 25, 2020**</u>

**/s/ Franklin Montero**

Signature: Franklin Montero

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Select Portfolio Servicing<br>POB 65250<br>Salt Lake City, UT 84165 | Mortgage Lender (Creditor) | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Specialized Loan Servicing<br>8742 Lucent Boulevard<br>Littleton, CO 80129 | Mortgage Lender (Creditor) | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Guillermo J Romero<br>79 Washington Ave.<br>Carteret, NJ 07008 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy