| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Guillermo J Romero<br><br><br><br>Debtor(s) | Case No.: 19-22136 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtor's Claim of Exemptions the reason(s) set forth below:

**The Trustee objects to amended Schedule C (Doc #57) to the extent that the debtor is improperly exempting projected disposable income to avoid the requirements of 1325(b) in connection with the process of confirming a plan.**

Dated:  April 20, 2020                               /s/ Albert Russo
                                                                 Albert Russo, Standing Chapter 13 Trustee
                                                                 By:  David Martin, Staff Attorney