**Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-018200-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1, Secured Creditor

In Re:

**Guillermo J. Romero**

Debtor(s).

Case No.:  19-22136
Chapter   13
Chief Judge: Michael B. Kaplan

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 14, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2 of 2)

Debtor: **Guillermo J. Romero**
Case No.: **19-22136-MBK**
Caption of Order: **Order Vacating Stay As To Real Property**

Upon the motion of U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 merge, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the real property commonly known as:

79 Washington Ave, Carteret, NJ 07008.

It is further **ORDERED** that the Movant may join the Debtor(s) and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** that this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

It is further **ORDERED** that the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Guillermo J Romero  
      Debtor

Case No. 19-22136-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 14, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.  
db            +Guillermo J Romero,    79 Washington Ave.,    Carteret, NJ 07008-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

        Albert    Russo     docs@russotrustee.com  
        Denise E. Carlon     on behalf of Creditor     U.S. Bank National Association, as Trustee,ET AL...  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Douglas J. McDonough     on behalf of Creditor     U.S. Bank National Association, as trustee, on  
         behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate  
         Mortgage-Backed Pass-Through Certificates, Series 2007-1 DMcDonough@flwlaw.com  
        Franklin S. Montero     on behalf of Debtor Guillermo J Romero montero@fmonterolaw.com,  
         thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com  
        Kevin Gordon McDonald     on behalf of Creditor     U.S. Bank National Association, as Trustee,ET  
         AL... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                            TOTAL: 6