| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee, relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series 2007-2 | Order Filed on May 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Guillermo J. Romero,<br><br>Debtor. | Case No.:  19-22136 MBK<br>Adv. No.:<br>Hearing Date: 8/14/2019 @10:00 a.m.<br><br>Judge:  Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**

**DATED: May 18, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:        Guillermo J. Romero
Case No.:      19-22136 MBK
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series 2007-2, holder of a mortgage on real property located at 79 Washington Avenue, Carteret, NJ 07008, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Franklin S. Montero, attorney for Debtor, Guillermo J. Romero, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** U.S. Bank, N.A., et al., shall have a secured claim in the amount of $5,200.00, which will be paid through Debtor's Chapter 13 plan as a secured claim; and

It is **ORDERED, ADJUDGED and DECREED** that U.S. Bank, N.A.'s lien will only be stripped upon the payment of the $5,200 secured claim, Debtor's receipt of their discharge, and completion of the Chapter 13 Plan. Any dismissal of the case or conversion to a Chapter 7 will result in a full reinstatement of the subject lien; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the lien shall be released and extinguished upon the successful payment of the $5,200 secured claim, completion of the Debtor's Chapter 13 plan, and issuance of a discharge; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that U.S. Bank, N.A., et al., shall file a release of the lien with the recorder of deeds in the County of Middlesex within 30 days of the date of the service of Debtor's discharge; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in the event U.S. Bank, N.A., et al., fails to discharge the mortgage within the prescribed period, the Debtor and/or Debtor's counsel may record with the recorder of deeds a certified or exemplified copy of this order, along with a copy of the bankruptcy discharge order, which shall have the same force and effect of a discharge of mortgage; and

Page 3
Debtor: Guillermo J. Romero
Case No.: 19-22136 MBK
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the balance of U.S. Bank, N.A., et al., claim in excess of the $5,200 secured portion shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtor's Chapter 13 Plan; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** U.S. Bank, N.A., et al., shall retain its lien for the full amount due under the subject loan in the event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in the event that the property is destroyed or damaged, pursuant to the mortgage, U.S. Bank, N.A., et al., is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in the event that any entity, including the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's lien prior to the Debtor's completion of the Chapter 13 plan, U.S. Bank, N.A.'s lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale.

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that U.S. Bank, N.A., et al., shall retain its lien for the full amount due under the subject loan should the subject property be sold, or should a refinance take place prior to the Chapter 13 plan completion and entry of a Discharge.

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** the Debtor retains the right to object to U.S. Bank, N.A.'s, claim, and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Debtor complies with the disclosures set forth in 11 U.S.C. 521 (f); and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Section 7(a) of Debtor's Modified Plan filed 3/25/2020 is hereby stricken; and

Page 4
Debtor:         Guillermo J. Romero
Case No.:       19-22136 MBK
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that U.S. Bank, N.A.'s objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Guillermo J Romero  
     Debtor

Case No. 19-22136-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 18, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.  
db         +Guillermo J Romero,    79 Washington Ave.,    Carteret, NJ 07008-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET AL...  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Douglas J. McDonough    on behalf of Creditor    U.S. Bank National Association, as trustee, on  
            behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate  
            Mortgage-Backed Pass-Through Certificates, Series 2007-1 DMcDonough@flwlaw.com  
           Franklin S. Montero    on behalf of Debtor Guillermo J Romero montero@fmonterolaw.com,  
            thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com  
           Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET  
            AL... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 6