UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Guillermo J Romero

| | |
|---|---|
| Case Number: | 19-22136 |
| Hearing Date: | 6/16/20 |
| Judge: | KAPLAN |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed  ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Franklin S. Montero_____ and

the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to ____Select Portfolio/ US Bank____ is reinstated effective the date

of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-22136-MBK
Guillermo J Romero                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 18, 2020
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db              +Guillermo J Romero,   79 Washington Ave.,   Carteret, NJ 07008-2624


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET AL...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Douglas J. McDonough   on behalf of Creditor    U.S. Bank National Association, as trustee, on
           behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate
           Mortgage-Backed Pass-Through Certificates, Series 2007-1 DMcDonough@flwlaw.com
          Franklin S. Montero    on behalf of Debtor Guillermo J Romero montero@fmonterolaw.com,
           thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,ET
           AL... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 6