**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-018200-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for U.S. Bank National Association, as trustee, on
behalf of the holders of the Adjustable Rate Mortgage Trust
2007-1, Adjustable Rate Mortgage-Backed Pass-Through
Certificates, Series 2007-1, Secured Creditor

| | |
|---|---|
| In Re: | Case No.: **19-22136-MBK** |
| **Guillermo J. Romero** | Chapter 13 |
| Debtor(s). | Judge Michael B. Kaplan |

**CONSENT ORDER CURING POST-PETITION ARREARS THROUGH PLAN**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Guillermo J. Romero
Case No.: 19-22136-MBK
Caption of Order: Consent Curing Post-Petition Arrears Through Plan

---

Upon the joint application of Guillermo J. Romero (the "Debtor"), and U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 (The "Secured Creditor") and

Whereas Debtor is in default on post-petition mortgage payments outside the Plan to Secured Creditor as to certain real property commonly known as 79 Washington Ave, Carteret, NJ 07008 (the "Collateral"), and

Whereas the parties herein agree that the interest of Secured Creditor is adequately protected by payment and performance as more particularly set forth hereinafter and

The Court having considered the submissions of the parties, and argument, if any, and for cause shown, it is ORDERED

1. That the stay shall be reimposed, and continue against the Collateral, subject to the following conditions:

2. The status of Post-Petition Arrearages is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amount Delinquent |
|---|---|---|---|---|
| 1 | August 2020 | August 2020 | $1,599.36 | $1,599.36 |
| 9 | Sept 2020 | May 2021 | $1,914.05 | $17,226.45 |
| Less post-petition partial payments (suspense): | | | | ($683.52) |

Debtor: Guillermo J. Romero
Case No.: 19-22136-MBK
Caption of Order: Consent Curing Post-Petition Arrears Through Plan

**TOTAL POST PETITION ARREARAGES:**                          **$18.142.29**

3. Debtor(s) shall cure all Post-Petition Arrearages outlined in Paragraph 3, above, as follows:

   a. Debtor is to pay post-petition arrearage through the Bankruptcy plan.

4. Beginning in June 2021, Debtor(s) shall resume making regular monthly mortgage payments.

   a. Regular payments in the amount of $1,914.05, and any additional amount as required or allowed by the Note and Security Instrument are to be paid on or before they are due.

   b. Payments should be sent to:

      Select Portfolio Servicing, Inc.
      Attn: Remittance Processing
      P.O. Box 65450
      Salt Lake City, UT 84165-0450

5. If any payments outlined in this Order, or any regular monthly payments which come due according to Movant's Loan Documents, for the life of the bankruptcy are not made within thirty (30) days of the date the payment is due, then the Movant may obtain an Order Vacating the Automatic Stay as to the Collateral by filing with the Bankruptcy Court a Certification of Default specifying the failure to comply with this Order.

6. That in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim and the provisions of Fed.R.Bank.P. 4001(a)(3) may be waived.

(Page 4 of 4)

Debtor: Guillermo J. Romero
Case No.: 19-22136-MBK
Caption of Order: Consent Curing Post-Petition Arrears Through Plan

7. In the event this case is converted to Chapter 7, the Debtor(s) shall cure all arrears within
ten (10) days from the date of conversion to bring the account contractually current.

   a. If the loan is not brought current after conversion, Movant may file a Certification
   of Default with the Court.

8. This Order survives any loan modification between the Movant and the Debtor(s) agreed
to and executed during the instant bankruptcy proceeding.

   a. If any regular mortgage payment due after the execution of a loan modification is
   more than thirty (30) days late, Movant may file a Certification of Default with the
   Court.

9. Any Certification of Default filed pursuant to the Order shall be served on the Trustee, the
Debtor(s) and Counsel for the Debtor(s).

Consented as to form:

Frenkel Lambert Weiss Weisman & Gordon
Counsel for Secured Creditor

By: _____
        Douglas J. McDonough, Esq.

Dated: 8/25/2021

Law Offices of Franklin S. Montero, LLC
Counsel for Debtor

By: _____
        Franklin S. Montero, Esq.

Dated: 8/17/21

_____
Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-22136-MBK
Guillermo J Romero                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2
Date Rcvd: Sep 07, 2021                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Guillermo J Romero, 79 Washington Ave., Carteret, NJ 07008-2624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee,ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 DMcDonough@flwlaw.com |
| Franklin S. Montero | on behalf of Debtor Guillermo J Romero montero@fmonterolaw.com thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association  as Trustee,ET AL... kmcdonald@kmllawgroup.com, |

bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6