UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                  CASE NO.: 19-22136
                                                                        CHAPTER 13
Guillermo J Romero,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MEB
Loan Trust VI ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy
Procedure, the undersigned requests all notices given or required to be given and all papers
required to be served in this case to creditors, any creditors committees, and any other
parties-in-interest, be sent to and served upon the undersigned and the following be added to the
Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Kimberly Wilson
    Kimberly Wilson
    Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GUILLERMO J ROMERO
79 WASHINGTON AVE.
CARTERET, NJ 07008-

And via electronic mail to:

LAW OFFICES OF FRANKLIN S. MONTERO, LLC
451 CLIFTON AVENUE
07011
CLIFTON, NJ 07011

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng