Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–22136–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guillermo J Romero
   79 Washington Ave.
   Carteret, NJ 07008–

Social Security No.:
   xxx–xx–5580

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after December 23, 2024 for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: November 22, 2024
JAN: pbf

Jeanne Naughton
Clerk